# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M. and M.M., on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>MULTI MEDIA, LLC d/b/a CHATURBATE,<br><br>                                    Defendant. | Case No.:  3:25-cv-01672-CAB-SBC<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

"Regardless of whether a party finds and cites to relevant authority, this Court has an independent duty to research and properly apply the law." *Baylon v. Wells Fargo Bank, N.A.*, 303 F. Supp. 3d 1160, 1165 (D.N.M. 2018).  Here, the Court has identified two relevant cases—*Sanchez v. Valencia Holding Co., LLC*, 61 Cal. 4th 899 (2015) and *Tompkins v. 23andMe, Inc.*, 840 F.3d 1016 (9th Cir. 2016)—which neither Party cites concerning whether a fee-shifting provision in a consumer-related arbitration agreement is unconscionable.

*///*

*///*

The Court therefore **ORDERS** that each party submit a supplemental brief of no more than three (3) pages by **May 22, 2026** regarding these two cases and whether, or how, they apply to the fee-shifting provision here.

It is **SO ORDERED.**

Dated:  May 4, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge